UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION


| | |
|---|---|
| **JEFFERY BOYD TRUSTY** ] | |
|     Petitioner, ] | |
| ] | |
| v. ] | No. 2:14-0030 |
| ] | Judge Sharp |
| **ERIC QUALLS, Warden** ] | |
|     Respondent. ] | |


**O R D E R**


Presently before the Court are petitioner's "Motion for Leave to File a Reply to Respondent's Surreply" (Docket Entry No.38), respondent's Response (Docket Entry No.40) in opposition to the petitioner's Motion, and petitioner's Motion for the Appointment of Counsel (Docket Entry No.39).

The Court finds no reason to deny the petitioner an opportunity to file a Reply to the respondent's Surreply. Therefore, petitioner's Motion is GRANTED.

The petitioner shall have thirty (30) days from the date of entry of this order on the docket in which to file whatever Reply to the respondent's Surreply that he may deem appropriate.

By an order (Docket Entry No.25) entered in May, this Court denied the petitioner's first motion for the appointment of counsel (Docket Entry No.16). The petitioner's current Motion for the Appointment of Counsel, as did the first, fails to set forth any

extraordinary circumstances uncommon to most prisoners in his position. As a consequence, petitioner's second Motion for the Appointment of Counsel is also DENIED.

It is so ORDERED.

_____
Kevin H. Sharp
United States District Judge